# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

> Granted.
> The schedule for the filing of pretrial motions proposed herein is hereby adopted. Oral argument is scheduled for June 3, 2024 at 3:00 pm. The Court excludes time through June 3, 2024, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> 3/25/2024
>
> J. PAUL OETKEN
> United States District Judge

March 22, 2024

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **USA v. Henry Boone**
     **23 Cr. 328 (JPO)**

Honorable Judge Oetken:

    With the consent of the Government, I write to respectfully request that the Court modify the pretrial motions and hearing deadlines. I need additional time to prepare defense motions in consultation with my office's appellate department. Moreover, AUSA Jessica Greenwood anticipates beginning trial on May 21 that may result in a conflict with the May 30 hearing date. We would therefore propose the following schedule for pretrial motions and a hearing:

- Defense motions due: 4/5/2024
- Government opposition due: 5/3/2024
- Defense replies due: 5/17/2024
- Motions hearing: The week of 6/3/2024.[1]

    The defense consents to the exclusion of time under the Speedy Trial Act until the date of the next motions hearing and/or status conference.

    Thank you for your consideration of this matter.

                              Respectfully submitted,

                              Zawadi Baharanyi
                              Assistant Federal Defender
                              (917) 612-2753

---

[1] Defense preference for earlier in the week of June 3, 2024.