**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2024

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
Courtroom 706
New York, New York 10007

      Re: *United States* v. *Henry Boone*, S1 23 Cr. 328 (JPO)

Dear Judge Oetken:

      On January 30, 2024, the Government returned a superseding indictment in the above-captioned case. Pursuant to the Court's order at the January 18, 2024 status conference, time has been excluded under the Speedy Trial Act on the underlying indictment until May 30, 2024, when the Court will hear oral arguments on any pre-trial motions. (Jan. 19, 2024 Minute Entry). In the interests of justice, for the same reasons that the Court excluded time as to the original indictment, the Government requests that time also be excluded as to the superseding indictment. *See* 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv). The Government also proposes that the defendant be arraigned on the superseding indictment when the parties appear for oral argument on May 30, 2024.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: */s Jessica Greenwood*
    Jessica Greenwood
    Assistant United States Attorney
    (212) 637-1090

---

  As previously ordered (ECF No. 26), oral argument has been scheduled for June 3, 2024, at 3:00 pm. The Defendant will be arraigned on the superseding indictment at that time.

  The Court hereby excludes time under the Speedy Trial Act as to the superseding indictment through June 3, 2024, finding that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

  So ordered.
  4/25/2024

_____
J. PAUL OETKEN
United States District Judge