

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, NY 10278*

May 8, 2024

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
Courtroom 706
New York, New York 10007

      Re: *United States* v. *Henry Boone*, S1 23 Cr. 328 (JPO)

Dear Judge Oetken:

      With the consent of defense counsel, the Government respectfully writes to request a one-week extension for the filing of its brief in response to the defendant's motions to dismiss and to suppress, from May 3, 2024 to May 10, 2024. The Government conferred with defense counsel prior to the May 3, 2024 response deadline to obtain consent to this request, but when attempting to file a letter motion with the Court on April 19, 2024, the undersigned inadvertently re-filed a letter that had previously been filed on the docket. The Government apologizes for any confusion caused by the error.

                Very truly yours,

                DAMIAN WILLIAMS
                United States Attorney

Granted.
So ordered.
 5/9/2024

      by: */s Jessica Greenwood*
          Jessica Greenwood
          Assistant United States Attorney
          (212) 637-1090

_____
    J. PAUL OETKEN
   United States District Judge