# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 21, 2024

**<u>Via ECF</u>**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** **<u>United States v. Henry Boone</u>**
**23 Cr. 328 (JPO)**

Dear Judge Oetken,

On September 25, 2024, the Court granted Mr. Boone's request to set a schedule for supplemental briefing regarding suppression (defense motions due October 23, government response due October 25). We write to ask for an adjournment of that schedule because undersigned counsel's work on the motion has been delayed, due to emergencies and work on other cases. The government by Jessica Greenwood has no objection to this request.

Specifically, we request the following amended schedule: defense motions due November 4, 2024, government response due November 8, 2024. We ask that the November 20, 2024 conference be adjourned accordingly, to a date that works for the Court.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

---

Granted. The schedule for the filing of the supplemental motion to suppress proposed herein is hereby adopted. The next conference is scheduled for November 25, 2024 at 12:30 pm. The Court excludes time through November 25, 2024, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered.
  10/22/2024

_____
J. PAUL OETKEN
United States District Judge