

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

November 25, 2024

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
Courtroom 706
New York, New York 10007

    Re: *United States* v. *Henry Boone*, 23 Cr. 328 (JPO)

Dear Judge Oetken:

    Due to illness of counsel, the Government respectfully writes to seek an adjournment of the conference that had been scheduled for today, November 25, 2024. Defense counsel does not oppose this request. The Government requests exclusion of time until the new conference date pursuant to the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

> Granted. The November 25, 2024 pretrial conference is adjourned to December 16, 2024 at 3:00 pm. The Court hereby excludes time through December 16, 2024, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
> So ordered:
> 11/26/2024

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: */s Jessica Greenwood*
    Jessica Greenwood
    Assistant United States Attorney
    (212) 637-1090

_____
J. PAUL OETKEN
United States District Judge