

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 15, 2025

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Henry Boone*, S1 23 Cr. 328 (JPO)

Dear Judge Oetken:

    The Government writes this letter further to the July 15, 2025 conference, during which the Court scheduled trial for October 14, 2025 and directed the parties to confer on a proposed schedule for pretrial disclosures. The parties are continuing to confer with respect to pretrial disclosure deadlines. Thus far, the parties have agreed (a) that the default schedule for expert discovery under Local Criminal Rule 16.2 — under which the Government would make its expert disclosure at least 60 days prior to trial (*i.e.*, by today, August 15, 2025) — would not apply; and (b) that the parties would meet and confer promptly on an alternative proposed schedule for submission to the Court.

    The Government respectfully requests that the Court so-order this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

So ordered.
8/15/2025

by: /s/ _____
    Jessica Greenwood
    Kevin Grossinger
    Amanda C. Weingarten
    Assistant United States Attorneys
    (212) 637-1090/2426/2257

_____
J. PAUL OETKEN
United States District Judge