UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA         :

    - v. -                :          23 Cr. 328 (JPO)

HENRY BOONE            :

          Defendant.        :

------------------------------------------------------------------x

Upon the request of Defendant Henry Boone, by his counsel Zawadi Baharanyi, Esq. and Sylvie Levine, Esq., and with good cause shown, it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Boone, Register Number 54082-054, to wear for appearances at his trial commencing on December 15, 2025, and continuing thereafter:

1. two pairs of slacks;
2. two button-down shirts;
3. one cardigan
4. one sweater;
5. two pairs of socks;
6. one belt;
7. one pair of shoes.

Dated: New York, New York
      December 9 , 2025

                     **SO ORDERED:**

_____
            J. PAUL OETKEN
            United States District Judge