# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 17, 2025

**Via ECF and Email**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The parties' proposed briefing schedule is approved and adopted.
>   A pretrial conference is scheduled for **January 14, 2026, at 11:00 am.**
>   So ordered:
>   December 18, 2025
>
> J. PAUL OETKEN
> United States District Judge

**Re:    United States v. Henry Boone**
**        23 Cr. 328 (JPO)**

Dear Judge Oetken:

Pursuant to the Court's Order dated December 12, 2025, Dkt. No. 119, the parties have conferred regarding a briefing schedule in advance of the rescheduled trial date of January 20, 2026 (a date on which both parties are available).  We propose the following:

- Defense reply to government's response (Dkt. No. 117) in support of the defense motion for reconsideration to preclude the 1992 case as an ACCA predicate (Dkt. No. 107): **December 29, 2025**

- Defense motions regarding questions that must be presented to a jury (should the Court deny our preclusion motion) and any challenge to the third superseding indictment: **December 29, 2025**
    - Government response: **January 8, 2026**
    - Defense reply: **January 12, 2026**

In addition, the parties suggest scheduling a pretrial conference on approximately January 14, 2026 to resolve any motions that remain outstanding at that time.[1]  Thank you for your consideration of these requests.

Respectfully submitted,
/s/_____
Zawadi S. Baharanyi, Esq.
Sylvie J. Levine, Esq.
Madeline M. Silva, Esq.
Kendra L. Hutchinson, Esq.

---

[1] The parties recognize that due to the intervening holidays, the proposed dates will necessarily abut the newly-selected trial date.  If the Court thinks this schedule is not feasible, or puts too much pressure on the Court, the parties are available to discuss an alternative trial date.