

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 14, 2026

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Henry Boone*, S4 23 Cr. 328 (JPO)

Dear Judge Oetken:

    As discussed at the conference earlier today, the Government hereby writes, with the consent of defense counsel, to request additional time from the Court for the parties to engage in plea discussions, which may moot any pending legal challenges to the S4 Indictment. The parties will inform the Court as soon as possible whether they anticipate a resolution of this case through a written plea agreement.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

        by: _____
                Jessica Greenwood
                Kevin Grossinger
                Amanda C. Weingarten
                Assistant United States Attorneys
                (212) 637-1090/2426/2257

cc: Defense counsel (by ECF)