

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 10, 2026

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
Courtroom 706
New York, New York 10007

Re: *United States* v. *Henry Boone*, S4 23 Cr. 328 (JPO)

Dear Judge Oetken:

The Government writes with the consent of defense counsel to seek an adjournment of the conference currently scheduled in this matter for February 13, 2026. The parties are continuing to engage in productive plea discussions, but require additional time to complete those discussions. Accordingly, the parties respectfully request that the Court enter a deadline of February 27, 2026 for the parties to submit an additional status update to the Court. With the consent of the defense, and in order to allow the parties to continue to engage in plea discussions, the Government requests exclusion of time until February 27, 2026 pursuant to the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Respectfully submitted,

Granted. The February 13, 2026 pretrial conference is adjourned sine die, with a status letter due by February 27, 2026. The Court hereby excludes time through February 27, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
  So ordered:
  2/11/2026

JAY CLAYTON
United States Attorney

by: _____/s/_____

Jessica Greenwood
Kevin Grossinger
Amanda Weingarten
Assistant United States Attorneys
(212) 637-1090/2426/2257

J. PAUL OETKEN
United States District Judge