

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 27, 2026

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
Courtroom 706
New York, New York 10007

    **Re:  *United States* v. *Henry Boone*, S4 23 Cr. 328 (JPO)**

Dear Judge Oetken:

    The Government writes pursuant to the Court's February 12, 2026 order (Dkt. 139) to provide the Court with a status update. The parties continue to actively engage in productive plea discussions, but require additional time to complete those discussions. Accordingly, the parties respectfully request that the Court enter a deadline of two weeks—March 13, 2026—for the parties to submit an additional status update to the Court.

    With the consent of the defense, and in order to allow the parties to continue to engage in further plea discussions, the Government requests exclusion of time until March 13, 2026 pursuant to the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney

               by:        */s/*
                        Jessica Greenwood
                        Kevin Grossinger
                        Amanda Weingarten
                        Assistant United States Attorneys
                        (212) 637-1090/2426/2257