

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2026

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
Courtroom 706
New York, New York 10007

   **Re:  *United States v. Henry Boone*, S4 23 Cr. 328 (JPO)**

Dear Judge Oetken:

  The Government writes to provide the Court with a status update.  Plea discussions remain ongoing.  The parties respectfully request that the Court set a status conference at which the parties can further update the Court and discuss next steps.  The parties are available April 27 (at any time) or April 30 (between 10:00 a.m. and 12:00 p.m., or after 2:00 p.m.).  If neither date is convenient for the Court, the parties can propose dates for the following week.

  With the consent of the defense, and in order to allow the parties to continue to engage in plea discussions, the Government requests exclusion of time until the to-be-scheduled status conference pursuant to the Speedy Trial Act in the interests of justice.  18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

          Respectfully submitted,

> Granted.  The next pretrial conference is scheduled for April 27, 2026 at 2:15 pm.  The Court hereby excludes time through April 27, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
>  So ordered:
>  4/10/2026

JAY CLAYTON
United States Attorney

by:    */s/*
  Jessica Greenwood
  Kevin Grossinger
  Amanda Weingarten
  Assistant United States Attorneys
  (212) 637-1090/2426/2257

J. PAUL OETKEN
United States District Judge