Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2026

**Via ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Henry Boone**
**23 Cr. 328 (JPO)**

Dear Judge Oetken,

I respectfully write to request that the sentencing hearing currently scheduled for July 23, 2026, be adjourned to August 6 or August 7, 2026. This brief adjournment is requested to permit the defense to complete its investigation and gathering of mitigation materials relevant to the Court's sentencing analysis under 18 U.S.C. § 3553(a), and to adequately prepare for sentencing.

The Government consents to this request and is available on both August 6 and August 7.

Thank you for the Court's consideration of this request.

Respectfully submitted,
/s/
Zawadi S. Baharanyi, Esq.
Sylvie J. Levine, Esq.

Granted.
Sentencing is hereby adjourned to August 7, 2026, at 3:00pm. Defendant's sentencing submission is due July 24, 2026, and the government's is due July 31, 2026.
So ordered:
7/6/2026

J. PAUL OETKEN
United States District Judge